FILED
DEC - 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (CABN 412811)
   Acting Chief, Criminal Division
4
   KATHRYN R. HAUN (DCBN 484131)
5      Assistant United States Attorney
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-6740
7      E-Mail: Kathryn.Haun@usdoj.gov

8  Attorneys for the United States

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,      )   No.   CR 10-70786-BZ
                                    )
14 |        Plaintiff,               )
                                    )   STIPULATION AND [PROPOSED]
15 |   v.                           )   ORDER CONTINUING PRELIMINARY
                                    )   HEARING AND EXTENDING TIME IN
16 | KAMAL SINGH,                    )   WHICH TO INDICT FROM
                                    )   DECEMBER 2, 2010 UNTIL JANUARY
17 |        Defendant.               )   12, 2011
                                    )
18

19         The defendant came before this Court on October 13, 2010, for an initial appearance on a

20 criminal complaint. Attorney Steve Teich represented the defendant and Assistant United States

21 Attorney Kathryn R. Haun represented the United States. The parties put the matter over until

22 October 21, 2010 for a detention hearing. On October 21, 2010, the parties appeared, the

23 defendant waived the detention hearing and the parties agreed to put the matter over for a

24 preliminary hearing until December 2, 2010 before Judge Chen. At that time, the parties also

25 requested an exclusion of time in which to hold the preliminary hearing until December 2, 2010,

26 pursuant to Federal Rule of Criminal Procedure 5.1. Judge Spero so ordered time excluded until

27 December 2, 2010.

28

CR 10-70786-BZ
Proposed Order Extending Time

1   The parties hereby jointly request that the Court now continue the preliminary hearing
2   currently set for December 2, 2010 until January 12, 2011. The parties are exploring a pre-
3   indictment resolution and require the additional time in which to negotiate the matter and for
4   defense counsel to fully review the discovery provided to him with his client. In addition, the
5   parties require the additional time in which to meet and confer further about the case.
6       Taking into account the public interest in the prompt disposition of criminal cases, and
7   good cause having been shown for the reasons stated above, and with the consent of the
8   defendant, the Court hereby extends the time limits under Fed. Rule of Crim. Pro. as follows: the
9   preliminary hearing currently set for December 2, 2010 is continued until January 12, 2011 and
10  the time limit for a preliminary hearing is hereby extended until January 12, 2011.
11      IT IS SO ORDERED.
12
13  Dated: 12/1/10
14
15
    The Honorable Edward M. Chen
16      United States Magistrate Court Judge

CR 10-70786-BZ
Proposed Order Extending Time